IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



RONALD WAYNE LEWIS,

    Plaintiff,

v.                                                                 Civil Action No. **3:10CV433**

**JEFFREY FRAZIER,**

    Defendant.

## MEMORANDUM OPINION

On July 27, 2010, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on September 22, 2010, the Court directed Plaintiff to pay an initial partial filing fee of **$1.45** or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he can not pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall issue.

                                                                          /s/
                                                  James R. Spencer
                                                  Chief United States District Judge

Date: 11-15-10
Richmond, Virginia